IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

| | |
|---|---|
| Nel Steffens, Deputy Clerk | Date: September 24, 2008 |
| Therese Lindblom, Court Reporter | |

Civil Action No.      08–cv–00450–EWN

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Marc Bonora |
|     Petitioner, | |
| v. | |
| DOMINICK A. LOVALLO, JR., | *Pro Se* |
|     Respondent. | |

---

### COURTROOM MINUTES

---

**Hearing on Motion to Enforce Court Order**

**2:53 p.m.**      Court in session.

Court calls case and appearances. Also present at Petitioner's table is IRS Agent, Ann Worth. Neither the Respondent, Dominick A. Lovall, Jr., nor anyone representing him, is present in the courtroom.

Court reviews service of notice of this hearing. The court notes that the address of record with the court is the one previously given to the Internal Revenue Service. The court has not received a complaint from the Respondent about not receiving mail

Court will give the Respondent some time this afternoon to appear and asks that Government counsel remain in the courtroom until further word from the court.

**2:57 p.m.**      Court in recess.

**3:15 p.m.** Court in session.

Court re-calls case and appearances. Respondent is still not present.

3:16 p.m. Respondent enters courtroom.

Respondent offers documents that he states comply with the IRS summons. Petitioner states that initial review of the documents shows compliance.

**ORDERED: 1. The United States' Motion to Enforce Court's Order Requiring Compliance with IRS Summons (#15, filed September 10, 2008) is DENIED as moot by virtue of compliance with the IRS summons.**

**ORDERED: 2. The clerk is ordered to close this case.**

**3:20 p.m.** Court in recess.

Hearing concluded.

Total time in court: 00:09